PAULINE ZYSMAN, Appellant, v. JACOB ZYSMAN, Respondent.

Supreme Court, Appellate Term, First Department, December 5, 1930.

*Herman Scheckner*, for the appellant.

*Panken & Levy*, for the respondent.

PER CURIAM. The Statute of Limitations did not commence to run until a demand was made (*Brehm* v. *Mayor, etc., of New York*, 104 N. Y. 186, 192; *Wenman* v. *Mohawk Ins. Co.*, 13 Wend. 268) or should have been made (*Sullivan* v. *Ellis*, 219 Fed. 694; 37 C. J. 818; 1 Wood Lim. [4th ed.] § 125.) As a demand within the period of the Statute of Limitations was timely as a matter of law (*Sullivan* v. *Ellis, supra*), the motion to strike out the defense as insufficient should have been granted.

Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs.

All concur; present, LYDON, LEVY and FRANKENTHALER, JJ.